1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| REBECCA RADUSOVSKY, an individual, | ) ) ) ) |
|           Plaintiff, | ) ) |
| v. | ) |
| KEYSTONE DENTAL, INC., and DOES 1 through 25, | ) ) ) |
|           Defendants. | ) ) ) ) |

**CASE NO.: 8:20-cv-01718-JLS-JDE**

[Honorable Judge Josephine L. Staton]

**ORDER DISMISSING ACTION WITH PREJUDICE**

**Complaint Filed:  July 6, 2020**
**Trial Date: None Set**

18
19
20
21
22
23
24
25
26
27
28

**ORDER DISMISSING ACTION WITH PREJUDICE**

**ORDER**

Based on the Stipulation for Dismissal with Prejudice and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated:  November 12, 2020

Hon. Judge Josephine L. Staton
United States District Court Judge